```
AMBER GABRIELLE MCMILLAN    NISSAN
527 26 1/2 ST               ATTN: BANKRUPTCY
GULFPORT, MS 39501          PO BOX 660366
                           DALLAS, TX 75266


THOMAS C. ROLLINS, JR.      PLAIN GREEN
THE ROLLINS LAW FIRM, PLLC  327 W 4TH
P.O. BOX 13767              HUTCHINSON, KS 67501
JACKSON, MS 39236


AARON'S                     REPUBLIC FINANCE
12057 US 49 C               ATTN: BANKRUPTCY
GULFPORT, MS 39503          7031COMMERCE CIRCLE
                           BATON ROUGE, LA 70809


ACIMA                       ZIP, INC.
9815 S MONROE ST            228 PARK AVE S
SANDY, UT 84070             PMB 59872
                           NEW YORK, NY 10003-1502


GULF COAST COMM. FED.
12364 HIGHWAY 49
GULFPORT, MS 39503


KEESLER FCU
2602 PASS RD
BILOXI, MS 39531


MGCCC
2226 SWITZER RD
GULFPORT, MS 39507


NAVY FEDERAL CREDIT UN
P.O. BOX 3100
MERRIFIELD, VA 22119


NELNET
PO BOX 82561
LINCOLN, NE 68501
```