**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 18, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**

**AMBER GABRIELLE MCMILLAN** **NO. 26-51147 KMS**

## ORDER

This matter having come on for consideration upon the Motion to Approve Agreement filed on behalf of Gulf Coast Community Federal Credit Union (DK# 15 ), and the Court being fully advised in the premises and finding that the Motion to Approve Agreement is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Approve Agreement filed on behalf of Gulf Coast Community Federal Credit Union be, and the same hereby is granted, and further the automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Gulf Coast Community Federal Credit Union so as to allow it to set-off and apply the Debtor's secured pledge account to the Debtor's outstanding loan balance.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor's pledged share account is abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) F.R.Bkp. Pro., shall not

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

apply to this Order.

**###END OF ORDER###**

AGREED BY:

________________________________
ROBERT ALAN BYRD, Attorney for
Gulf Coast Community Federal Credit Union

/S/THOMAS C. ROLLINS, JR.
Attorney for Debtor

/S/ZACHARY S. WESSLER, SR.
(Signed with Trustee's permission granted via email dated 2026.08.12)

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029