**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**AMBER GABRIELLE MCMILLAN** **CASE NO. 26-51147 KMS**

**DEBTOR .** **CHAPTER 7**

Thomas Carl Rollins, Jr., Esq.
Amber Gabrielle McMillan, Debtor

**<u>ORDER SETTING SHOW CAUSE</u>**

YOU ARE HEREBY ORDERED TO APPEAR on December 3, 2026, at 9:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to show cause why the case should not be closed without entry of discharge for failure to comply with the court's Notice (Dkt. #20) issued on September 24, 2026, to file the Certificate of Completion of a Personal Financial Management Course, in the above-styled case.

## END OF ORDER ##