United States Bankruptcy Court
Southern District of Mississippi

In re: Amber Gabrielle McMillan, Debtor

Case No. 26-51147-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 1
Date Rcvd: Oct 27, 2026 | Form ID: pdf012 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amber Gabrielle McMillan, 527 26 1/2 St, Gulfport, MS 39507-1700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Gulf Coast Community Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Amber Gabrielle McMillan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 4

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**AMBER GABRIELLE MCMILLAN** **CASE NO. 26-51147 KMS**

**DEBTOR .** **CHAPTER 7**

Thomas Carl Rollins, Jr., Esq.
Amber Gabrielle McMillan, Debtor

**ORDER SETTING SHOW CAUSE**

YOU ARE HEREBY ORDERED TO APPEAR on December 3, 2026, at 9:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to show cause why the case should not be closed without entry of discharge for failure to comply with the court's Notice (Dkt. #20) issued on September 24, 2026, to file the Certificate of Completion of a Personal Financial Management Course, in the above-styled case.

## END OF ORDER ##